CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2006

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

| | |
|---|---|
| FRANKIE HILL,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Defendant | Civil Action No. 7:05-cv-00597<br><br>**FINAL ORDER**<br><br>By: Hon. James C. Turk<br>Senior United States District Court Judge |

## ORDER

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that 1) the plaintiff's claims concerning interference with his access to administrative remedies, retaliation, and mishandling of his mail are **DISMISSED**; 2) the United States' motion for summary judgment is **GRANTED** with respect to the plaintiff's medical negligence claims.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this order and the accompanying Memorandum Opinion to all counsel of record and to the plaintiff.

**ENTER**: This 28th day of September, 2006.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE

10